[No. 64174-3-I.   Division One.   September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEXTER MELVIN NANCE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04168-3, Richard D. Eadie, J., entered August 24, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 64297-9-I.   Division One.   September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALAN FREEBURG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08085-3, Richard D. Eadie, J., entered September 23, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Schindler, JJ.

[No. 64323-1-I.   Division One.   September 20, 2010.]

RONNIE GENE MCELWANEY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-42767-6, Cheryl B. Carey, J., entered September 15, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 64445-9-I.   Division One.   September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN JAMES WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03217-0, Mary E. Roberts, J., entered November 9, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Schindler, JJ.